DAVID F. KLEIN   5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii   96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 29 2004

**L O D G E D** at ___ o'clock and 17 min. A M
WALTER A. Y. H. CHINN, CLERK

APR 2 8 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant SCHANTEL HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00494-09 SOM |
| Plaintiff, | **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER; CERTIFICATE OF SERVICE** |
| vs. | |
| SCHANTEL HALL,      (09) | |
| Defendant. | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ALVIN NISHIMURA, attorney for the Defendant, hereby withdraws as counsel of record and David F. Klein is hereby substituted as Counsel for the Defendant.

Dated:   Honolulu, Hawaii   _April 28, 2004_

_____
Defendant

_____
Alvin Nishimura

_____
David F. Klein

APPROVED AND SO ORDERED:

**KEVIN S.C. CHANG**
_____
JUDGE OF THE ABOVE ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CR. NO. 03-00494-09 SOM** |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| SCHANTEL HALL,    (09) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, or personally delivered, to the following:

|  | ***BY MAIL*** | ***DELIVERED*** |
|---|---|---|
| Chris A. Thomas, Esq.<br>United States Attorney's Office<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | | X |
| Myles S. Breiner, Esq.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>BRANDON CHANG (01) | | X |
| David Bettencourt, Esq.<br>Dillingham Transportation Bldg.<br>735 Bishop Street, Suite 425<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>JACOB LYMAN (02) | | X |

|  | *BY MAIL* | *DELIVERED* |
|---|---|---|
| Pamela O'Leary Tower, Esq.<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 1330<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>SHANE TOM (03) |  | X |
| Michael J. Green, Esq.<br>345 Queen Street, Second Floor<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>KYLE UEMURA (04) |  | X |
| Daniel T. Pagliarini, Esq.<br>700 Richards Street, Apt. 2002<br>Honolulu, Hawaii 96813-4620<br>Attorney for Defendant<br>WILLIAM TOTTEN (05) |  | X |
| Hayden Aluli, Esq.<br>707 Alakea Street, Suite 208<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>JASEN ANTONIO (06) |  | X |
| Wayne M. Rooney, Esq.<br>P.O. Box 807<br>Haleiwa, Hawaii 96712-0807<br>Attorney for Defendant<br>DONALD E. RAMIL, JR. (07) | X |  |
| Michael P. Healy, Esq.<br>1188 Bishop Street, Suite 3304<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>DANIEL GAGNON (08) |  | X |
| Lynn E. Panagakos, Esq.<br>210 Ward Avenue, Suite 328<br>Honolulu, Hawaii 96814<br>Attorney for Defendant<br>JOHN JOSE (10) | X |  |

|                                                    | *BY MAIL* | *DELIVERED* |
|----------------------------------------------------|-----------|-------------|

Brandon K. Flores, Esq.                                          X
Law Office of Brandon K. Flores
Seven Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, Hawaii 96813
Attorney for Defendant
JOSEPH REARDON (11)

Craig T. Kimsel, Esq.                                            X
888 Mililani Street, Suite 700
Honolulu, Hawaii 96813
Attorney for Defendant
KEANU GALENG (12)

William A. Harrison, Esq.                                        X
Davies Pacific Center
841 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Attorney for Defendant
CLEMENT SANTIAGO (13)

Earle A. Partington, Esq.                                        X
Law Office of Earle A. Partington
American Savings Bank Tower
1001 Bishop Street, Suite 1330
Honolulu, Hawaii 96813
Attorney for Defendant
RAYLYNNE MATA (14)

Alvin Nishimura, Esq.                                            X
Finance Factors Center
1164 Bishop Street, Suite 510
Honolulu, Hawaii 96813

Dated:  Honolulu, Hawaii April 28, 2004.


                                        David F. Klein